UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                     Case No. 8:13-cr-224-T-33AEP

ANTOUIN L. BARKER
_____/

**ORDER**

This matter is before the Court upon consideration of the Report and Recommendation of the Honorable Anthony E. Porcelli, United States Magistrate Judge (Doc. # 33), which was filed on October 22, 2013, recommending that Barker's Motion to Suppress (Doc. # 12) be granted in part and denied in part. Specifically, Judge Porcelli recommends that the Motion to Suppress be granted as to Barker's post-arrest statements and denied as to the firearm seized from Barker's person on February 12, 2013. Barker filed an Objection to the Report and Recommendation (Doc. # 40) on November 15, 2013, to which the United States responded (Doc. # 41) on November 27, 2013. Upon due consideration, the Court overrules Barker's Objection and adopts the Report and Recommendation.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 33) is **ACCEPTED** and **ADOPTED.**

(2) Barker's Motion to Suppress (Doc. # 12) is **GRANTED IN PART** in that Barker's post-arrest statements are

suppressed. The Motion to Suppress is **DENIED** with respect to the firearm.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>2nd</u> day of December, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record